

# Fourth Court of Appeals
## San Antonio, Texas

January 31, 2019

No. 04-18-00739-CV

**IN THE INTEREST OF T.S.C., A CHILD**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00266
Honorable Richard Garcia, Judge Presiding

## O R D E R

In this accelerated appeal, after we granted the State's first motion for an extension of time to file the brief, the State's brief was due on January 28, 2019. *See* TEX. R. APP. P. 38.6(b), (d). The day after the extended due date, the State filed a second motion for an extension of time.

The State's motion for a five-day extension of time to file the brief is GRANTED. The State's brief is due on February 4, 2019.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of January, 2019.

KEITH E. HOTTLE,
Clerk of Court